ALEX G. TSE (CABN 152348)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6925
   FAX: (415) 436-6748
   sara.winslow@usdoj.gov

Attorneys for Respondents

KEKER, VAN NEST & PETERS LLP
SIMONA A. AGNOLUCCI - # 246943
sagnolucci@keker.com
TRAVIS SILVA - # 295856
tsilva@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:   415 397 7188

Attorneys for Petitioners/Plaintiffs B.D.A.C.
and VERONICA LILIANA COTTO YOC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| B.D.A.C., et al., <br>           Petitioners, <br>     v. <br> LLOYD, et al., <br>           Respondents. | C 18-06791-CRB <br><br> **STIPULATION; ORDER** |

Subject to the Court's approval, Petitioners and Respondents, through their undersigned counsel of record, HEREBY STIPULATE as follows:

1. This habeas action was filed on November 8, 2018.

2. Petitioners filed their Amended Petition and Motion for Preliminary Injunction on November 14, 2018.

3. On November 19, 2018, in response to Petitioners' Emergency Request for Order to Show Cause and Motion to Shorten Time, the Court issued an order setting a briefing and hearing schedule. Respondents' return is due November 23, 2018, Petitioners' traverse is due November 27, 2018, and a hearing is set for November 30, 2018.

4. On November 19, 2018, Respondents released Petitioner B.D.A.C. to his mother (Petitioner Cotto Yoc), on a flight that arrived the morning of November 20, 2018.

5. As Petitioner B.D.A.C. is no longer in custody, the parties agree that there is no longer a need for an expedited briefing and hearing schedule. No later than Wednesday, November 28, the parties will meet and confer to determine whether any issues remain to be litigated. The parties will promptly inform the Court as to whether any party believes any issues remain to be litigated.

6. Should issues remain to be litigated on the currently pending petition and motion, the parties have agreed to the following briefing schedule:

    a. Respondents' Return is due December 12, 2018.

    b. Petitioners' Traverse is due December 21, 2018.

IT IS SO STIPULATED.

Respectfully submitted,

ALEX G. TSE
United States Attorney

Date: November 20, 2018         /s/ .
SARA WINSLOW
Assistant United States Attorney
Attorneys for Respondents

KEKER, VAN NEST & PETERS LLP

Date: November 20, 2018         /s/ .
SIMONA A. AGNOLUCCI
TRAVIS SILVA
Attorneys for Petitioners/Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED THAT Respondents' Return is due December 12, 2018. Petitioners' traverse is due December 21, 2018. The November 30, 2018 hearing is vacated. The Court will order a hearing if necessary, following the parties' briefing.

Date: November 21, 2018

_____
HONORABLE CHARLES R. BREYER
United States District Judge

STIPULATION & ORDER, No. 18-06791-CRB